NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NIDRIKO LENZY TILLMAN,                )
                                      )
              Appellant,              )
                                      )
v.                                    )        Case No. 2D16-5313
                                      )
STATE OF FLORIDA,                     )
                                      )
              Appellee.               )
_____)

Opinion filed February 2, 2018.

Appeal from the Circuit Court for Pinellas
County; Frank Quesada, Judge.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Helene S. Parnes,
Senior Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

          Affirmed.


LaROSE, C.J., and SILBERMAN and SALARIO, JJ., Concur.